# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| 6301 Forbes Avenue Partners, Stephen Lange | : | |
| | : | |
| | : | |
| v. | : | No. 1818 C.D. 2019 |
| | : | |
| Zoning Board of Adjustment of the City of Pittsburgh, Dr. Lawrence S. Newman, Dr. Silvija Singh and City of Pittsburgh | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| Appeal of: Dr. Lawrence S. Newman and Dr. Silvija Singh | : | |

**PER CURIAM**                              **O R D E R**

NOW, January 7, 2021, having considered Appellees' application for reargument, and Appellants' answer in response thereto, the application is denied.